FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
Facsimile:  (702) 252-7411
E-Mail Address:  smahoney@laborlawyers.com
ddornak@laborlawyers.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DR. AMY R. MITCHELL, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> BRADLEY AND BRADLEY, INC., d/b/a THE ARK ANIMAL CLINIC, a Nevada company; SCOTT B. BRADLEY, an individual; ANN S. BRADLEY, an individual; DOES I through X, inclusive; and ROE ENTITIES I through X, inclusive, <br><br> Defendants. | Case No. 2:16-cv-00491-RFB-CWH <br><br> **STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' attorneys of record that this matter be dismissed with prejudice, with each party to bear

- 1 -

32060919

1 | their own costs and attorney's fees.

| FISHER & PHILLIPS LLP | LAW OFFICES OF STEVEN J. PARSONS |
|---|---|
| By: /s/Scott M. Mahoney, Esq.<br>Scott M. Mahoney, Esq.<br>David B. Dornak, Esq.<br>300 S. Fourth Street<br>Suite 1500<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendants* | By: /s/Andrew L. Rempfer, Esq.<br>Andrew L. Rempfer, Esq.<br>7201 W. Lake Mead Blvd.<br>Suite 108<br>Las Vegas, Nevada 89128<br>*Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: August 8, 2016

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

32060919

- 2 -